Certificate Number: 05781-VAE-DE-041623981

Bankruptcy Case Number: 26-72710

05781-VAE-DE-041623981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2026, at 11:02 o'clock PM PDT, Antoinette Harrison completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: October 31, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President