Certificate Number: 05781-VAE-DE-041622001

Bankruptcy Case Number: 26-33261

05781-VAE-DE-041622001

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2026, at 6:13 o'clock PM PDT, Abdu Bailey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: October 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President